An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LANCE SPEAKE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61370

**FILED**

APR 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Appellant filed his petition on February 28, 2012, almost 3 years after entry of the judgment of conviction on March 23, 2009. Thus, appellant's petition was untimely filed. NRS 34.726(1). Appellant's petition was procedurally barred absent a demonstration of good cause: cause for the delay and undue prejudice. Id. Good cause must be an impediment external to the defense. Hathaway v. State, 119 Nev. 248, 252, 71 P.3d 503, 506 (2003).

Appellant claimed that he had good cause because he did not understand the law and was mentally challenged. Based upon our review of the record on appeal, we conclude that the district court did not err in determining that appellant failed to demonstrate cause for the delay.

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. See Luckett v. Warden, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10367

Appellant's lack of knowledge about the law and mental challenges are not impediments external to the defense.[2] See Phelps v. Director, Prisons, 104 Nev. 656, 660, 764 P.2d 1303, 1306 (1988). Accordingly, we

ORDER the judgment of the district court AFFIRMED.[3]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:     Hon. Valerie Adair, District Judge
        Lance Speake
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[2]We note that appellant was determined to be competent during the trial proceedings and litigated a post-conviction motion to withdraw the plea prior to the filing of this petition.

[3]We deny appellant's request for counsel.